IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SCOTT JEFFREY MELNICK,

   Plaintiff,

  v.              CIVIL ACTION
                   NO. 14-3084
YOUNG'S CLEANERS,

   Defendant.

## ORDER

  **AND NOW**, this 28TH day of January, 2015, upon a review of the complaint in

this matter, and for the reasons set forth in the accompanying memorandum, it is hereby

**ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, and the Clerk shall

mark the case closed.

  **IT IS FURTHER ORDERED** that no further pleadings shall be docketed or

filing fees accepted from Plaintiff in this matter without prior approval of the

undersigned.

           **BY THE COURT:**


           /s/ Jeffrey L. Schmehl
           **Jeffrey L. Schmehl, J.**